UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-60721-RAR

**CHERYL LEACE**, *individually and
on behalf of all others similarly situated*,

      Plaintiff,

v.

**GENERAL MOTORS LLC**,

      Defendant.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** comes before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice [ECF No. 27], filed on September 9, 2021. Being fully advised, it is

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *without prejudice*. The Clerk is directed to **CLOSE** the case. Any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 10th day of September, 2021.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**